**ROGER L. DEMIK, ESQ.**, VSB # 09099
**Attorney at Law**
348 Overlook Drive
P. O. Box 459
Lebanon, VA 24266
Ph. (276) 889-1182
Fax (276) 889-2215
Email: rld.inc@charter.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Osborne, et al. vs. Pfizer & Co. Inc. Case No.: **3:06-CV-06777-CRB** <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Ed Childress <br><br> Plaintiff, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Ed Childress, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: January 2, 2009

2
3  By: /s/ Roger L. DeMik
      Roger L. DeMik, Esq.
      Attorneys for Plaintiff, Ed Childess
4

5  DATED: March 27, 2009          GORDON & REES

6
7  By: /s/
      Stuart M. Gordon
      Attorneys for Defendants
8

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: April 3, 2009
14                                  Hon. Charles R. Breyer
                                    United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-