**ROGER L. DEMIK, ESQ.**, VSB # 09099
**Attorney at Law**
348 Overlook Drive
P. O. Box 459
Lebanon, VA 24266
Ph. (276) 889-1182
Fax (276) 889-2215
Email: rld.inc@charter.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Osborne, et al. vs. Pfizer & Co., Inc. Case No.: **3:06-CV-06777-CRB** <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Nancy Osborne, Individually, and as Administrator of the **ESTATE OF JOHN OSBORNE** <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Nancy Osborne, Individually, and as the Administrator of the Estate of John Osborne, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

|  |  |
|---|---|
| DATED: January 2, 2009 | By: /s/ Roger L. DeMik<br>Roger L. DeMik, Esq.<br>Attorneys for Plaintiffs, Nancy Osborne, Individually, and as the Administrator of the Estate of John Osborne |
| DATED: March 27, 2009 | GORDON & REES<br><br>By: /s/<br>Stuart M. Gordon<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2009    /s/ Charles R. Breyer
                        Hon. Charles R. Breyer
                        United States District Court