Roger L. DeMik, Esq., VSB # 09099
**Attorney At Law**
348 Overlook Drive
P.O. Box 459
Lebanon, VA 24266
Telephone: 276-889-1182
Facsimile: 276-889-2215
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:06-cv-6777-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Nancy Osborne, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **Kenard Dales,** in the above-entitled action, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: 3/18/, 2010   By: *(signature)*
Roger L. DeMik, Esq., VSB # 09099
**Attorney At Law**
348 Overlook Drive
P.O. Box 459
Lebanon, VA 24266

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42843830.1

Telephone: 276-889-1182
Facsimile: 276-889-2215
*Attorney for Plaintiffs*

DATED: 03/19, 2010      By: /s/ Michelle W. Sadowsky

Michelle W. Sadowsky
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

Hon. Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42843830.1